## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THULE ORGANIZATION SOLUTIONS, INC., a Colorado corporation,<br><br>    Plaintiff,<br>v.<br><br>BEST BUY STORES, L.P., a Minnesota limited partnership,<br><br>BESTBUY.COM, LLC, a Minnesota limited liability company,<br><br>    Defendants. | Civil Action No. 13-cv-00546-RBJ |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered Plaintiff Thule Organization Solutions, Inc. and Defendants Best Buy Stores, L.P. and BestBuy.com, LLC's Joint Stipulation of Dismissal of Action with Prejudice, the Court hereby DISMISSES the case WITH PREJUDICE.

FURTHER, each party shall bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

It is SO ORDERED.

DATED this 12th day of March, 2014.

BY THE COURT:

*[signature]*

Hon. R. Brooke Jackson